IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

VS.

RICHARD SANFORD,                                    No. 05-20106

  Defendant.

ORDER ON SUBSTITION OF COUNSEL

Before this Honorable Court is Defendant's request to allow his present counsel, Bill Anderson, Attorney at Law to be relieved in this cause and for Jake Erwin, Attorney at Law, to be allowed to enroll as Attorney of Record. It appearing to this Court that counsel's Motion is well taken;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Mr. Bill Anderson is hereby relieved of any further responsibilities in this cause and that Mr. Jake Erwin is allowed to appear in this cause.

Entered this the __22__ day of __July__, 2005.

_____
United States District Court Judge
The Honorable Jon Phipps McCalla

Approved:

_____
Bill Anderson, Attorney at Law

_____
Jake Erwin, Attorney at Law

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-25-05_

FILED IN OPEN COURT
DATE: 7/22/05
TIME: 10:00 AM
INITIALS: JPW

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20106 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT